IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-1657-AP**

**RAUL GURROLA,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

        Defendant's Motion for Dismissal or Transfer Because of Improper Venue (doc. #3), filed October 16, 2007, is GRANTED in the alternative.  This case is TRANSFERRED to the United States District Court for the District of Columbia.

        Dated this 24th  day of October, 2007.

                                      BY THE COURT:

                                      S/**John L. Kane**
                                      Senior Judge, United States District Court